UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PRC Environmental, Inc. | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| The *Resolve*, her equipment, engines, tackle, furniture, apparel and appurtenances, *in rem*, Barge 650-3, her equipment, engines, tackle, furniture, apparel and appurtenances, *in rem*, Intrepid Ship Management, Inc., Vessel Management Services, Inc., and Crowley Maritime Corporation, *in personam* | § § § § § § § § § § | Civil Action No. 3:12-cv-00359<br><br>Fed. R. Civ. P. 9(h) – Admiralty |
| Defendants | § § | |

### **RESPONSE TO MOTION TO INTERVENE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff PRC Environmental, Inc. ("PRC"), and for its response to Intervenor Prospector Mgt., LLC ("Prospector")'s Motion to Intervene (Doc. 4), would respectfully show as follows:

PRC does not now oppose Prospector's Motion to Intervene as a Party Plaintiff.

PRC reserves its rights to respond to Prospector's Complaint in Intervention, and to oppose any other relief Prospector may thereafter seek.

Respectfully submitted,

**SPAGNOLETTI & CO.**

/s/ David S. Toy
David S. Toy
TX State Bar No. 24048029
Federal ID No. 588699
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:  713 653 5600
Facsimile:   713 653 5656
Email:         dtoy@spaglaw.com
ATTORNEYS FOR PLAINTIFF

**OF COUNSEL**:
Francis I. Spagnoletti
TX State Bar No. 18869600
Federal ID No. 5369
Spagnoletti & Co.
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:  713 653 5600
Facsimile:   713 653 5656
Email:         fspagnoletti@spaglaw.com

The Kim Law Firm
John H. Kim
TX State Bar No. 00784393
Federal ID No. 15626
Denise H. Mitchell
TX State Bar No. 24010933
Federal ID No. 56991
4309 Yoakum Boulevard, Suite 2000
Houston, TX 77006
Telephone:   713 522 1177
Facsimile:   888 809 6793
Email:         jhk@thekimlawfirm.com
Email:         denise@thekimlawfirm.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing.  Service on any party or counsel who is not a Filing User was accomplished via Email, Facsimile, Certified Mail/RRR or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on this 4th day of February, 2013.

                                        */s/ David S. Toy*
                                        David S. Toy